IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02812-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

JOHN L. CALVERT,

 Applicant,

v.

DEBORAH DENHAM,

 Respondent.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

Applicant, John L. Calvert, initiated this action by filing a "Motion for an Order to Show Cause & Stay IFRP Payments" (ECF No. 1).   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order.   Applicant will be directed to cure the following if he wishes to pursue any claims in this Court in this action.   Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) _X_ not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement
(4) _X_ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) ___ is not on proper form

1

(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_ other:  Applicant may pay the $5.00 filing fee in lieu of filing a § 1915 motion and affidavit.

**Complaint, Petition or Application**:
(11) _X_ is not submitted (Applicant must file a § 2241 application on the court-approved form)
(12) ___ is not on proper form
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos.
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved forms for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, with the assistant of his case manager or the facility's legal assistant, at www.uscourts.gov.  Applicant shall use the forms in curing the deficiencies.

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED January 5, 2016, at Denver, Colorado.

BY THE COURT:

Case 1:15-cv-02812-MEH   Document 3   Filed 01/05/16   USDC Colorado   Page 3 of 3

 s/ Gordon P. Gallagher
United States Magistrate Judge