IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02812-GPG

JOHN L. CALVERT,

    Applicant,

v.

DEBORAH DENHAM,

    Respondent.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Respondent's Motion for Leave to File a Surreply to Preliminary Response to Application for Writ of Habeas Corpus (ECF No. 15) is GRANTED.

    The Surreply to Preliminary Response to Application for Writ of Habeas Corpus (ECF No. 15-1) shall be filed this date.

Dated:   March 30, 2016