IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02812-MEH

JOHN L. CALVERT,

    Petitioner,

v.

DEBORAH DENHAM,

    Respondent.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 17, 2016**.

    Before the Court is Petitioner's Notice to the Court of Termination of Consent to Have a Magistrate Judge Handle this Cause of Action, which the Court has construed as a Motion to Vacate Order of Reference pursuant to D.C. Colo. LCivR 40.1(c)(9) [filed October 13, 2016; ECF No. 44]. Petitioner must demonstrate "extraordinary circumstances" for his request; however, he describes no such circumstances nor provides any cause whatsoever for his request.  Therefore, the motion is **denied without prejudice**.