IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02812-MEH

JOHN L. CALVERT,

    Petitioner,

v.

DEBORAH DENHAM,

    Respondent.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 9, 2016**.

    Before the Court is Petitioner's renewed Motion to Order the BOP FCI Englewood to Take Applicant Off I.F.R.P. Refusal Status and All Other Punishments Related to Applicant Being on IFRP Refusal Status [ECF No. 46]. Respondent shall file a response to the motion on or before November 28, 2016, and the Petitioner may file a reply in support of the motion within 14 days after the response is served.